UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANNY E. BAXTER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 20-cv-44-JPG
Criminal No. 16-cr-40010-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Danny E. Baxter's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Danny E. Baxter, and that this case is dismissed with prejudice.

**DATED: May 8, 2020**       **MARGARET M. ROBERTIE, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**